# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2016

152319

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

ALI ZAID,
       Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SC: 152319
COA: 320197
Oakland CC: 2013-009924-AR
52-4 District Ct: 12-004518-FY

_____/

      On order of the Court, the application for leave to appeal the May 26, 2015 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE that part of the Court of Appeals judgment discussing the weight and effect of the evidence presented at the preliminary examination and directing arraignment in the Oakland Circuit Court on a felony Information. The Court of Appeals erred in making factual findings and binding over this case to the circuit court for trial. We REMAND this case to the 52-4 District Court for further proceedings not inconsistent with the remainder of the Court of Appeals judgment. In all other respects, leave to appeal is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2016



Clerk

p0518